UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBIN LASHONDA PELLERIN, Appellant | CIVIL DOCKET NO. 1:18-CV-01131 |
| VERSUS | JUDGE DRELL |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Pellerin's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this __11th__ day of March, 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE